UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DERRICK NEAL, § | |
| *Plaintiff* § | |
| § | |
| v. § | No. 1:23-CV-00759-RP |
| § | |
| WILLIAMSON COUNTY AND § | |
| CITIES HEALTH DISTRICT, § | |
| *Defendant* § | |

# ORDER

Before the Court is Plaintiff's Motion to Quash Subpoenas and Memorandum in Support of Motion to Quash Subpoenas, Dkt. 25. The District Judge referred the motion to the undersigned for disposition, and the Court subsequently set the motion for hearing.

For the reasons stated on the record at that hearing, the Court **DENIES** Plaintiff's motion, Dkt. 25.

SIGNED March 22, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE

1