IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DERRICK NEAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:23-CV-759-RP |
| | § | |
| WILLIAMSON COUNTY AND CITIES | § | |
| HEALTH DISTRICT, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendants Williamson County and Cities Health District ("WCCHD"), Williamson County Judge Bill Gravell, and William Gravell, Jr.'s ("Judge Gravell") (collectively, "Defendants") motions to dismiss, (Dkts. 47, 52). (R. & R., Dkt. 71). Plaintiff Derrick Neal ("Neal") timely filed objections to the report and recommendation. (Objs., Dkt. 72).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Neal timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Neal's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 71), is **ADOPTED**.

**IT IS FURTHER ORDERED** that WCCHD's motion to dismiss, (Dkt. 47), is **GRANTED IN PART** and **DENIED IN PART**, and Judge Gravell's motion to dismiss, (Dkt.

52), is **GRANTED.** Regarding WCCHD's motion to dismiss, (Dkt. 47), the motion is denied as to Neal's Title VII claims and granted as to Neal's section 1981 claims.

**SIGNED** on December 9, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE